AMELIA SIEBURG, Respondent, *v.* MASSACHUSETTS BENEFIT LIFE ASSOCIATION, Appellant.

*Sieburg* v. *Massachusetts Benefit Assn.,* 87 Hun, 199, affirmed.
(Argued May 13, 1898 ; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 7, 1895, upon an order overruling defendant's exceptions ordered to be heard in the first instance at General Term, and directing judgment on a verdict directed by the court in favor of plaintiff.

*Cephas Brainerd* and *J. K. Hayward* for appellant.

*Andrew Shiland, Jr.,* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.

———————

HARRY SNECK, Respondent, *v.* TRAVELERS' INSURANCE COMPANY of Hartford, Connecticut, Appellant.

*Sneck* v. *Travelers' Ins. Co.,* 88 Hun, 94, affirmed.
(Argued May 11, 1898; decided June 7, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the fifth judicial department, entered June 25, 1895, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court, and granting a new trial.

*George F. Yeoman* for appellant.

*Howard W. Sneck* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.